AP-77,053
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/29/2015 7:30:44 PM
Accepted 9/30/2015 10:29:21 AM
ABEL ACOSTA
CLERK

## NO. AP-77,053

| | | |
|---|---|---|
| ERIC LYLE WILLIAMS | () | IN THE COURT OF |
| | () | |
| VS. | () | CRIMINAL APPEALS |
| | () | |
| THE STATE OF TEXAS | () | OF TEXAS |

### MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Appellant in the above-styled and numbered cause, and, pursuant to Rule 38.6 and Rule 10.5(b) Texas Rules of Appellate Procedure, submits this Motion requesting that the Appellant be granted additional time in which to file the brief in the above-styled and numbered cause, and in support of same would show the Court the following:

**I.**

(a)  Trial Court Designation:     422ND Judicial District Court
     Kaufman County
     Cause Number:            32031-422
(b)  Offense:                 Capital Murder
     Punishment:             Death
(c)  Date of extension sought for     March 2, 2016
     brief:
(f)  Number of prior extensions:    0
(g)  Facts relied upon to support extension:

Appellant's counsel requests the additional time to complete this death penalty appellate brief. Appellant's counsel requests additional time to complete the summary of the record and to research of possible points of

error. The appellate record is very large with 69 volumes and in excess of 10,679 pages and it will take at least six additional months to read the record, summarize the jury selection process, the testimony at trial and research all possible issues. Appellate Counsel has had several discussions of the possible issues with trial counsel and believes that numerous complex issues will be present in the appellate record. The record is very lengthy and due to the gravity of the sentence, Appellant's counsel requests additional time to prepare the appellate brief.

## II.

The Appellant has been diligent in pursuing this appeal and is not seeking this extension for purposes of delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Motion be granted.

Respectfully submitted,

/s/   John Tatum
John Tatum
990 S. Sherman Street
Richardson, Texas 70581
(972) 705-9200
Fax #: (972) 690-9901
State Bar No. 19672500

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion has been delivered to Fredericka Sargent, Kaufman County District Attorney Pro Tem , c/o Criminal Appeals Division Office of the Attorney General at P.O. Box 12548 Austin, Texas 78711-2548 on this the 30th  day of September, 2015.

/s/ John Tatum
John Tatum

# CERTIFICATE OF COMPLIANCE

I certify that this submitted e-mail attachment to file Motion for Extension of Time to File Brief complies with the following requirements of the Court:

1. The petition is submitted by e-mail attachment;

2. The e-mail attachment is labeled with the following information:

A. Case Name: Eric Lyle Williams
B. The Appellate Case Number: AP-77,053
C. The Type of Document: Motion to Extend Time
D. Party for whom the document is being submitted: Appellant
E. The Word Processing Software and Version Used to Prepare the Motion :
Word Perfect X7

3. Copies have been sent to all parties associated with this case.

 /s/ John Tatum                                              9/29/15
(Signature of filing party and date)

John Tatum
(Printed name)

John Tatum, Attorney at Law

Emailed Copy of Motion